NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP J. SEIFLEIN,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1090

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6767, Senior Judge William P. Greene, Jr..

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                              SEIFLEIN v. MCDONOUGH

accordance with the rules.

FOR THE COURT

January 4, 2024                          Jarrett B. Perlow
Date                                     Clerk of Court

**ISSUED AS A MANDATE:** January 4, 2024